FILED
CLERK, U.S. DISTRICT COURT

05/08/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MICHAEL YOUNG PARK DEFENDANT(S). | CASE NUMBER 8:22-cr-00084 JFW ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

   Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Thursday__ , __05/09/2024__ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Autumn D. Spaeth__ in Courtroom __6B__ .

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated:  __05/08/2024__         __/s/ Autumn D. Spaeth__
                                U.S. Magistrate Judge